28455. HARTFORD ACCIDENT & INDEMNITY COMPANY *et al. v.* COX *et al.*

FELTON, J. Under the ruling of the Supreme Court in answer to questions certified to it by this court (*Hartford Accident & Indemnity Co.* v. *Cox,* 191 *Ga.* 143, 11 S. E. 2d, 661), it was not error for the superior court to recommit this case to the Industrial Board for the purpose of hearing further evidence, making a specific finding of fact based on such evidence, and making an award based on both the new evidence introduced and the evidence already appearing in the record.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*

DECIDED NOVEMBER 29, 1940.

*Wheeler & Kenyon, C. J. Thurman,* for plaintiffs in error.
*Joseph H. Blackshear, R. W. Smith Jr.,* contra.